UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____   **18 CV 11826**
Turhan F. Jessamy #5222        No. _____
Write the full name of each plaintiff.        (To be filled out by Clerk's Office)

-against-                    **COMPLAINT**
                             (Prisoner)

1) City Mount Vernon; 2) Sgt    Do you want a jury trial?
Fegan; 3) P.O John Doe # 483;    ☒ Yes    ☐ No
4) P.O Antonini, #111; 5) P.O Ruff
#110

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Tuhan    F.    Jessauy
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

5222
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Westchester County Department of Corrections
Current Place of Detention

P.O Box 10
Institutional Address

Valhalla    Newyork    10595
County, City    State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: City  Last Name: of Mt. Vernon  Shield #:
Current Job Title (or other identifying information): City Hall
Current Work Address: 1 Roosevelt Squar
County, City: Mt. Vernon  State: N.Y.  Zip Code: 10550

Defendant 2:
First Name:  Last Name: Fegan  Shield #:
Current Job Title (or other identifying information): Sergeant for M.V.P.D
Current Work Address: 2 Roosevelt Squar 1st floor
County, City: Mt. Vernon  State: New York  Zip Code: 10550

Defendant 3:
First Name: John  Last Name: Doe  Shield #: 483
Current Job Title (or other identifying information): Police officer for M.V.P.D
Current Work Address: 2 Roosevelt Squar 1st floor
County, City: Mt. Vernon  State: New York  Zip Code: 10550

Defendant 4:
First Name:  Last Name: Antonini  Shield #: 111
Current Job Title (or other identifying information): Police narcotic officer M.V.P.D
Current Work Address: 2 Roosevelt Square 1st floor
County, City: Mt. Vernon  State: New York  Zip Code: 10550

See Attached

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 145 South 1st Ave Apt 5G

Date(s) of occurrence: 3-31-17 thru 4-1-17

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

This claim is against City of Mt. Vernon and Staff Mt. Vernon police dept. It consists of excessive force Malicous prosecuton unlawfull Imprisonment. On 3-31-17 Around Midnight I was at My Friend Machelle Campbell's house visiting when Mt. Vernon police kick the door in to execute a Search warrant. Myself and Jocelyn Long were sitting in the bed room when the officer's come in and began to assult us. One of the officer's on the scene hit me repetedly in the Mouth and face with his fire arm I didn't Resist another officer came and Started to Strike me with closed fists once the beating Stoped I was dragged to the bathroom and Strip Searched against my will. When Nothing was found on my person or the over of my vecinity I was told to wait in the Living room over with everybody else Eventually Machelle Campbell Surrended drugs off her person and Made all officer's aware that she held Sole possession and that myself and other's Should be Let go.

Page 4

However I was still charged with drugs and arrested, ultimately I was released two weeks later and then I had to come back and froth from NC to go to Court Many of time to get the case dismissed on 9-28-17

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental anguish - paranoia - Headsache - Blackouts p.t.s.d

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Monatary damages In the amount of $7,000,000, punitiv damages amount of $5,000,000 Nomalie damages amount of $2,000,000. And declatory judgement that My Civil Rights and Constitutional Rights were Violated.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12-11-18

Plaintiff's Signature: Turhan Jessamy

First Name: Turhan
Middle Initial: F.
Last Name: Jessamy

Prison Address: P.O. Box 10

County, City: Valhalla
State: N.Y.
Zip Code: 10595

Date on which I am delivering this complaint to prison authorities for mailing: 12-11-18

Page 6



Turhan Jessomy #5222
P.O. Box
Valhalla, N.Y. 10595

Passed

USM P3
SDNY

Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007