UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TURHAN F. JESSAMY,

                Plaintiff,

-against-                    18 **CIVIL** 11826 (KMK)

**JUDGMENT**

CITY OF MOUNT VERNON, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 1, 2020, the Report and Recommendation, dated January 27, 2020, is adopted in its entirety; the Defendants' motion to dismiss for failure to prosecute is granted; the Plaintiff's claims against Defendants are dismissed with prejudice; accordingly, this case is closed. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff at the address on the docket as well as the following address provided by Defendants to the Court:

Turhan F. Jessamy

2070 Boone Station Drive

Burlington, NC 27215

**Dated:**  New York, New York
          April 3, 2020

                                                  **RUBY J. KRAJICK**

                                                _____

                                                Clerk of Court

                        **BY:**

                                                _____

                                                **Deputy Clerk**